IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 06-40112-JAR |
| | ) | |
| | ) | |
| GREGG HALSTEAD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER DENYING DEFENDANT'S
MOTION FOR EARLY TERMINATION**

This matter is before the Court on Defendant Gregg Halstead's Motion for Order of Modification of Supervised Release (Doc. 44), asking that his supervised release term of twenty-four months be terminated after completing one year. The Court has thoroughly reviewed the Defendant's motion and consulted with the United States Probation Officer assigned to supervise Mr. Halstead, and for the following reasons, denies the motion.

Defendant plead guilty to one count of use of a telecommunication facility in furtherance of a drug trafficking crime in violation of 21 U.S.C. § 843(b).[1] He was sentenced to a term of 96 months of custody and a two-year term of supervised release.[2] Defendant commenced the term of supervised release in May 2013. Defendant seeks early termination of his supervised release on the grounds that he completed the first year of his term with out any problems or infractions,

---

[1] Doc. 36.

[2] Doc. 43.

and has been living a drug- and trouble-free life.

In its discretion under 18 U.S.C. § 3583(e)(1), the court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release" if the court is satisfied that defendant's conduct and the interest of justice warrant such relief.  Defendant's Probation Officer has confirmed that Defendant has made strides to be compliant with the terms of his supervision by maintaining a stable residence and employment.  He has the support of friends and family and has been employed as a night dock crew worker for Seattle Fish Company since September 2013.  The Probation Officer, however, has opposed his motion for early termination based on several documented violations of the special conditions of supervision prohibiting him from consuming alcohol, including a recent violation around the time he filed the motion.  The Probation Officer has notified Defendant's substance abuse counselor about the recent violation, and will continue to address this with Defendant.  Given this recommendation, the serious nature of the offense, the length of the term of supervised release and Defendant's unexceptional course of supervision, this Court finds no cause to terminate supervised release at this time.

**IT IS THEREFORE ORDERED** that the Defendant's Motion for early discharge of supervised release (Doc. 44) is DENIED.

**IT IS SO ORDERED.**

Dated: July 23, 2014

                                                 S/ Julie A. Robinson

                                                JULIE A. ROBINSON

                                                UNITED STATES DISTRICT JUDGE